| | |
|---|---|
| 1 | PATRICK T. CONNOR, Bar No. 89136 |
| | MARGARET R. GIFFORD, Bar No. 118222 |
| 2 | mgifford@deconsel.com |
| | DeCARLO, CONNOR & SHANLEY |
| 3 | A Professional Corporation |
| | 533 S. Fremont Avenue, 9th Floor |
| 4 | Los Angeles, California 90071-1706 |
| | Telephone: 213/488-4100 |
| 5 | Telecopier: 213/488-4180 |

JS - 6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and FLOYD CLAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY, AS A FIDUCIARY OF THE SOUTHWEST CARPENTERS HEALTH AND WELFARE TRUST, THE SOUTHWEST CARPENTERS PENSION TRUST, THE SOUTHWEST VACATION TRUST, AND THE SOUTHWEST CARPENTERS TRAINING FUND,

    Plaintiffs,

v.

EA ENVIRONMENTAL CONSTRUCTION, INC., a California corporation, formerly known as ENVIRONMENTAL ACOUSTICS, INC.; TSAFRIR AVIEZER, an individual; MARITZA LIBERTAD AVIEZER, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 10, inclusive,

    Defendants.
_____

2:07-cv-01402-FMC-SHx

JUDGMENT

Before the Honorable
Florence-Marie Cooper

////

Having considered the papers and arguments submitted, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and FLOYD CLAY, shall have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and FLOYD CLAY'S FIRST CLAIM FOR RELIEF AGAINST EA BUILDERS, INC., a California corporation, formerly known as EA ENVIRONMENTAL CONSTRUCTION, INC., a California corporation, formerly known as ENVIRONMENTAL ACOUSTICS, INC.:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $541,187.68 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to September 30, 2008 (accruing at $105.21 per day) | 133,291.64 |
| 3. | Audit Fees | 5,090.00 |
| 4. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 133,291.64 |
| 5. | Attorneys' fees pursuant to Local Rule 14.12 | 14,892.44 |
| 6. | Less discrepancy disclosed in Bernard Kotkin's accounting report | -2,823.21 |
| 7. | Less interest on discrepancy | -1,056.85 |
| 8. | Less double interest on discrepancy | -1,056.85 |
| | GRAND TOTAL | $822,816.49 |
| 9. | Plus costs to be determined after entry of judgment. | |
| 10. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of <u>10</u> % per annm. | |

////

////

2

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and FLOYD CLAY'S FOURTH CLAIM FOR RELIEF AGAINST AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation:</u>

Payment on the contractors license bond in the amount of $4,000.00.

DATED: December 10, 2008

THE HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO, CONNOR & SHANLEY
A Professional corporation


BY: /s/ Margaret R. Gifford     12/9/08
    MARGARET R. GIFFORD
    Attorney for Plaintiffs,
    Carpenters Southwest Administrative
    Corporation and Floyd Clay